# NO. 12-24-00108-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *DAVID CREEL,*<br>*APPELLANT* | § | *APPEAL FROM THE 123RD* |
| | § | |
| *V.* | | *JUDICIAL DISTRICT COURT* |
| | § | |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | | *SHELBY COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 44.3.

On April 24, 2024, the clerk of this Court notified Appellant that the notice of appeal failed to contain the information specifically required by Texas Rule of Appellate Procedure 9.1(a). *See* TEX. R. APP. P. 9.1(a) ("If a party is represented by counsel, a document filed on that party's behalf must be signed by at least one of the party's attorneys"). Appellant was informed that failure to file a proper notice of appeal on or before May 24 would result in referral to the Court for dismissal. The date for filing a proper notice of appeal has passed, and Appellant has not complied with the Court's request.[1]

---

[1] Appellant has two companion cases pending before this Court in appellate cause numbers 12-24-00106-CR and 12-24-00107-CR. Appellant filed amended notices of appeal in those two appeals that corrected the defect

Because Appellant failed, after notice, to comply with Rule 9.1(a), the appeal is *dismissed*. *See id*.

Opinion delivered May 31, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)

---

identified in this Court's April 24 notice, but did not correct the defect in the notice of appeal for appellate cause number 12-24-00108-CR.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MAY 31, 2024**

**NO. 12-24-00108-CR**

**DAVID CREEL,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 123rd District Court
of Shelby County, Texas (Tr.Ct.No. 24CR22434)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*